AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

ROGER W. HULL,

    Petitioner,                  JUDGMENT IN A CIVIL CASE
V.

                                   CASE NUMBER: **3:08-cv-00293-LRH-VPC**

STATE OF NEVADA,

    Respondent.


___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.


  August 11, 2008                                    **LANCE S. WILSON**
                                                               Clerk


                                                             /s/ Kalani Lizares
                                                              Deputy Clerk